STATE OF CALIFORNIA
CERTIFICATION OF VITAL RECORD

# COUNTY OF LOS ANGELES
## REGISTRAR–RECORDER/COUNTY CLERK

[redacted]

### CONFIDENTIAL
### LICENSE AND CERTIFICATE OF MARRIAGE
MUST BE LEGIBLE – MAKE NO ERASURES, WHITEOUTS, OR OTHER ALTERATIONS
USE DARK INK ONLY

STATE FILE NUMBER | LOCAL REGISTRATION NUMBER

**☒ Groom ☐ Bride — FIRST PERSON DATA**

| | |
|---|---|
| 1A. FIRST NAME: ILKIN | 1B. MIDDLE: – |
| 1C. CURRENT LAST: SRADZHLY | 1D. LAST NAME AT BIRTH (IF DIFFERENT THAN 1C): – |
| 2. DATE OF BIRTH (MM/DD/CCYY): [redacted] | 3. STATE/COUNTRY OF BIRTH: AZERBAIJAN |
| 4. # PREV. MARRIAGES/SRDP: 00 | 5A. LAST MARRIAGE/SRDP ENDED BY: ☐ DEATH ☐ DISSO ☐ ANNULMENT ☐ TERM SRDP ☒ N/A |
| 5B. DATE ENDED (MM/DD/CCYY): – – | |
| 6. ADDRESS: [redacted] | 7. CITY: BROOKLYN |
| 8. STATE/COUNTRY: NY | 9. ZIP CODE: 11235 |
| 10A. FULL BIRTH NAME OF FATHER/PARENT: MAMED SRADZHADINOV | 10B. STATE OF BIRTH (IF OUTSIDE U.S. ENTER COUNTRY): AZERBAIJAN |
| 11A. FULL BIRTH NAME OF MOTHER/PARENT: KENUL SALAMOVA | 11B. STATE OF BIRTH (IF OUTSIDE U.S. ENTER COUNTRY): AZERBAIJAN |

**☐ Groom ☒ Bride — SECOND PERSON DATA**

| | |
|---|---|
| 12A. FIRST NAME: MARINA | 12B. MIDDLE: – |
| 12C. CURRENT LAST: STEPASHKIN | 12D. LAST NAME AT BIRTH (IF DIFFERENT THAN 12C): DOLGOVA |
| 13. DATE OF BIRTH (MM/DD/CCYY): [redacted] | 14. STATE/COUNTRY OF BIRTH: RUSSIA |
| 15. # PREV. MARRIAGES/SRDP: 02 | 16A. LAST MARRIAGE/SRDP ENDED BY: ☐ DEATH ☒ DISSO ☐ ANNULMENT ☐ TERM SRDP ☐ N/A |
| 16B. DATE ENDED (MM/DD/CCYY): 07/21/2021 | |
| 17. ADDRESS: [redacted] | 18. CITY: BROOKLYN |
| 19. STATE/COUNTRY: NY | 20. ZIP CODE: 11235 |
| 21A. FULL BIRTH NAME OF FATHER/PARENT: YURIY DOLGOV | 21B. STATE OF BIRTH (IF OUTSIDE U.S. ENTER COUNTRY): RUSSIA |
| 22A. FULL BIRTH NAME OF MOTHER/PARENT: ZINAIDA RYABUSHEVA | 22B. STATE OF BIRTH (IF OUTSIDE U.S. ENTER COUNTRY): RUSSIA |

**AFFIDAVIT**

WE, THE UNDERSIGNED, CURRENTLY LIVING TOGETHER AS SPOUSES, DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT WE ARE UNMARRIED AND THAT THE FOREGOING INFORMATION IS TRUE AND CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF. WE FURTHER DECLARE THAT NO LEGAL OBJECTION TO THE MARRIAGE, NOR TO THE ISSUANCE OF A LICENSE IS KNOWN TO US. WE ACKNOWLEDGE RECEIPT OF THE INFORMATION REQUIRED BY FAMILY CODE SECTION 358 AND HEREBY APPLY FOR A CONFIDENTIAL LICENSE AND CERTIFICATE OF MARRIAGE.

| | |
|---|---|
| 23. SIGNATURE OF PERSON LISTED IN FIELDS 1A-1D: ▶ [signature] | 24. SIGNATURE OF PERSON LISTED IN FIELDS 12A-12D: ▶ [signature] |

**LICENSE TO MARRY**

I, THE UNDERSIGNED, DO HEREBY CERTIFY THAT THE ABOVE-NAMED PARTIES TO BE MARRIED HAVE PERSONALLY APPEARED BEFORE ME AND PROVED TO ME ON THE BASIS OF SATISFACTORY EVIDENCE TO BE THE PERSONS CLAIMED, OR THAT THE PERSON PERFORMING THE CEREMONY HAS PERSONALLY APPEARED BEFORE ME AND PRESENTED AN AFFIDAVIT SIGNED BY THE PARTIES TO BE MARRIED DECLARING THAT ONE OR BOTH OF THE PARTIES ARE PHYSICALLY UNABLE TO APPEAR AND EXPLAINING THE REASONS THEREFOR IN ACCORDANCE WITH FAMILY CODE SECTION 502. THE PARTIES HAVING FURTHER DECLARED THAT THEY MEET ALL OF THE REQUIREMENTS OF THE LAW, AND HAVING PAID THE FEES PRESCRIBED BY LAW, AUTHORIZATION AND LICENSE IS HEREBY GIVEN TO ANY PERSON DULY AUTHORIZED TO PERFORM A MARRIAGE CEREMONY WITHIN THE STATE OF CALIFORNIA, TO SOLEMNIZE THE MARRIAGE OF THE ABOVE-NAMED PERSONS PURSUANT TO FAMILY CODE SECTION 500. NOTE: THE MARRIAGE CEREMONY MUST TAKE PLACE IN THE STATE OF CALIFORNIA.

| | | | |
|---|---|---|---|
| 25A. ISSUE DATE (MM/DD/CCYY): 01/06/2026 | 25B. EXPIRES AFTER (MM/DD/CCYY): 04/06/2026 | 25C. NAME OF COUNTY CLERK: DEAN C. LOGAN | 25D. SIGNATURE OF CLERK OR DEPUTY CLERK: BY ▶ [signature] |
| 25E. MARRIAGE LICENSE NUMBER: [redacted] | 25F. COUNTY OF ISSUE: LOS ANGELES | 25G. RETURN COMPLETED MARRIAGE LICENSE TO (INCLUDE ADDRESS): [redacted] Norwalk, CA 90650 | |

**ITEMS 26A–26D COMPLETED ONLY IF LICENSE IS ISSUED BY NOTARY PUBLIC**

A NOTARY PUBLIC OR OTHER OFFICER COMPLETING THIS CERTIFICATE VERIFIES ONLY THE IDENTITY OF THE INDIVIDUAL WHO SIGNED THE DOCUMENT TO WHICH THIS CERTIFICATE IS ATTACHED, AND NOT THE TRUTHFULNESS, ACCURACY, OR VALIDITY OF THAT DOCUMENT.

26A. STATE OF CALIFORNIA, COUNTY OF: LOS ANGELES
SUBSCRIBED AND SWORN TO (OR AFFIRMED) BEFORE ME ON THIS 17 DAY OF January, 20 26
BY I.Sradzhly/M.Stepashkin
PROVED TO ME ON THE BASIS OF SATISFACTORY EVIDENCE TO BE THE PERSON(S) WHO APPEARED BEFORE ME.

26B. TYPED NAME OF NOTARY: IZABELLA SKLAR
26C. SIGNATURE OF NOTARY: [signature]
26D. AFFIX NOTARY SEAL: IZABELLA SKLAR Comm. # 2438978 NOTARY PUBLIC · CALIFORNIA Los Angeles County My Comm. Exp. Mar. 20, 2027

**CERTIFICATION OF PERSON SOLEMNIZING MARRIAGE**

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA, THAT THE ABOVE-NAMED PARTIES WERE JOINED BY ME IN MARRIAGE IN ACCORDANCE WITH THE LAWS OF THE STATE OF CALIFORNIA. NOTE: THE MARRIAGE CEREMONY MUST TAKE PLACE IN THE STATE OF CALIFORNIA.

| | | |
|---|---|---|
| 27A. DATE OF MARRIAGE (MM/DD/CCYY): 01/17/2026 | 27B. CITY OF MARRIAGE: LOS ANGELES | 27C. COUNTY OF MARRIAGE: LOS ANGELES |
| 28A. SIGNATURE OF PERSON SOLEMNIZING MARRIAGE: ▶ [signature] | 28B. RELIGIOUS DENOMINATION (IF CLERGY): NON-DENOM. | |
| 28C. NAME OF PERSON SOLEMNIZING MARRIAGE (TYPE OR PRINT CLEARLY): JOSHUA I. SKLAR | 28D. OFFICIAL TITLE: MINISTER | |
| 28E. ADDRESS, CITY, STATE/COUNTRY, AND ZIP CODE: [redacted] | | |

**NEW NAME(S) (IF ANY) (SEE REVERSE)**

NEW MIDDLE AND LAST NAME OF PERSON LISTED IN 1A-1D (IF ANY) FOR USE UPON SOLEMNIZATION OF THE MARRIAGE (SEE REVERSE FOR INFORMATION)

| | | |
|---|---|---|
| 29A. FIRST – MUST BE SAME AS 1A: – | 29B. MIDDLE: – | 29C. LAST: – |

NEW MIDDLE AND LAST NAME OF PERSON LISTED IN 12A-12D (IF ANY) FOR USE UPON SOLEMNIZATION OF THE MARRIAGE (SEE REVERSE FOR INFORMATION)

| | | |
|---|---|---|
| 30A. FIRST – MUST BE SAME AS 12A: – | 30B. MIDDLE: – | 30C. LAST: – |

**COUNTY CLERK**

| | | |
|---|---|---|
| 31A. NAME OF COUNTY CLERK: DEAN C. LOGAN | 31B. SIGNATURE OF CLERK OR DEPUTY CLERK: BY ▶ [signature] | 31C. DATE ACCEPTED FOR REGISTRATION: FEB 02 2026 |

CALIFORNIA DEPARTMENT OF PUBLIC HEALTH - VITAL RECORDS
VS-123 (01/01/2015)

This is to certify that this document is a true copy of the official record filed with the Registrar-Recorder/County Clerk.

FEB 11 2026

[redacted]

[signature]
DEAN C. LOGAN
Registrar-Recorder/County Clerk

This copy not valid unless prepared on engraved border displaying the Seal and Signature of the Registrar-Recorder/County Clerk.

0011710576 - 02 - E

THE GREAT SEAL OF THE STATE OF CALIFORNIA · EUREKA

REGISTRAR-RECORDER/COUNTY CLERK · COUNTY OF LOS ANGELES · CALIFORNIA

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE