IF YOUR PASSPORT EXPIRES WITHIN SIX MONTHS OF YOUR DATE OF DEPARTURE,
YOU MAY BE DENIED ENTRY INTO SOME COUNTRIES.

*Endorsements / Mentions Spéciales / Anotaciones*



SIGNATURE OF BEARER / SIGNATURE DU TITULAIRE / FIRMA DEL TITULAR

PASSPORT
PASSEPORT / PASAPORTE

THE UNITED STATES OF AMERICA

USA

Type/Type/Tipo
P

Code/Code/Código
USA

Passport No./No. du Passeport/No. de Pasaporte
[redacted]



Surname/Nom/Apellidos
STEPASHKIN

Given names/Prénoms/Nombres
MARINA

Nationality/Nationalité/Nacionalidad
UNITED STATES OF AMERICA

Date of birth/Date de naissance/Fecha de nacimiento
[redacted]

Sex/Sexe/Sexo
F

Place of birth/Lieu de naissance/Lugar de nacimiento
RUSSIA

Date of issue/Date de délivrance/Fecha de expedición
24 JUL 2026

Date of expiration/Date d'expiration/Fecha de caducidad
23 JUL 2036

Authority/Autorité/Autoridad
UNITED STATES DEPARTMENT OF STATE

P<USASTEPASHKIN<<MARINA<<<<<<<<<<<<<<<<<<<<<<<<<<<

[redacted]