**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| | | |
|---|---|---|
| NOTICE TYPE<br>Receipt | | NOTICE DATE<br>June 30, 2026 |
| CASE TYPE<br>I-130, Petition for Alien Relative | | USCIS ALIEN NUMBER |
| RECEIPT NUMBER<br>[redacted]6099 | RECEIVED DATE<br>June 26, 2026 | PAGE<br>1 of 1 |
| PRIORITY DATE<br>June 26, 2026 | PREFERENCE CLASSIFICATION<br>201 B INA SPOUSE OF USC | DATE OF BIRTH<br>February 03, 1985 |

MARINA STEPASHKIN
[redacted]

18 00004168

**APPLICANT/PETITIONER NAME AND MAILING ADDRESS**

**PAYMENT INFORMATION:**

| | |
|---|---|
| **Application/Petition Fee:** | $675.00 |
| **Total Amount Received:** | $675.00 |
| **Total Balance Due:** | $0.00 |

We have received your form and are currently processing the above case for the following beneficiaries:

| Name | Date of Birth | Country of Birth | Class (If Applicable) |
|---|---|---|---|
| SRADZHLY, ILKIN | [redacted] | AZERBAIJAN | |

If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**
USCIS
SCOPS TEXAS FACILITY
6046 N Belt Line Rd.
Irving, TX 75038-0001

**USCIS Contact Center Number:**
(800)375-5283
APPLICANT COPY
[redacted]

[redacted]