# IMPORTANT INFORMATION – SAVE THIS NOTICE

Use this tear-off portion to speed your application for an extension or replacement card.

A# [redacted]-691

SRADZHLY, ILKIN

[redacted]

Scan QR for more information on your card, rights, and benefits.




RECEIPT # [redacted]22697

[redacted] 2 6 9 7 *

CARD # [redacted]21123

[redacted] 1 1 2 3 *

## Help USCIS Serve You Better

We recommend that you keep this notice for your records. It has important information.

The tear-off portion of this notice can help speed your application for an extension or replacement card. When you file for another card, we recommend you attach the tear-off portion to your completed application.