Case 1:26-cv-05129-RPK Document 1-8 Filed 08/21/26 Page 1 of 2 PageID #: 42

# New York State Unified Court System

WebCriminal

## Case Details - Summary

**CASE INFORMATION**

Court: **Richmond Criminal Court**
Case #: **CR-001043-26RI**
Defendant: **Sradzhly, Ilkin**

### Defendant

Name: **Sradzhly, Ilkin**
Birth Year: **1995**

### Incident and Arrest

**Incident**
Date: **October 08, 2025**
CJTN: **71486525R**

**Arrest**
Date: **February 18, 2026**
Arrest #: **S26601420**

**Officer**
Agency: **NYCPD PCT 120**
Command:

### Attorney Information

**Defense Attorney**
Name: **Litvak, Igor B.**
Type: **Retained Attorney**
Address: **1733 SHEEPSHEAD BAY RD STE 22 BROOKLYN, New York 11235**
Phone: **(718) 989-2908**

**Assistant District Attorney**
Name: **Richmond County District Attorney**

### Next Appearance

Date: **September 17, 2026**
Time: **09:00 AM**
Court: **Richmond Criminal Court**
Judge: **Judge, TBD**
Part: **AP1**

# New York State Unified Court System

WebCriminal

## Case Details - Charges

**CASE INFORMATION**

| | |
|---|---|
| Court: | **Richmond Criminal Court** |
| Case #: | **CR-001043-26RI** |
| Defendant: | **Sradzhly, Ilkin** |

**Note:** The appearance of section 110 in front of the charge indicates it is an attempt to commit the crime.

| Charge | Detail | Disposition/ Sentence |
|---|---|---|
| PL 170.25 | **DF , 2 counts, Arrest Charge**<br>Description: *Possess Forged Instrument-2nd*<br>Count: *1* | Arraigned, Pled Not Guilty |
| PL 170.10 02 | **DF , 3 counts, Arrest Charge**<br>Description: *Forgery 2nd: Public Record*<br>Count: *3* | Arraigned, Pled Not Guilty |
| PL 155.35 01<br>** TOP CHARGE ** | **DF , 1 count, Arrest Charge**<br>Description: *Grand Larceny 3rd Degree*<br>Count: *6* | Arraigned, Pled Not Guilty |
| PL 165.08 | **DF , 1 count, Arrest Charge**<br>Description: *Unauthorized Use Of Vehicle-1*<br>Count: *7* | Arraigned, Pled Not Guilty |
| PL 175.10 | **EF , 3 counts, Arrest Charge**<br>Description: *Falsify Business Records-1st*<br>Count: *8* | Arraigned, Pled Not Guilty |
| PL 175.35 01 | **EF , 3 counts, Arrest Charge**<br>Description: *Fls Instrmnt-1 Intent Defraud*<br>Count: *11* | Arraigned, Pled Not Guilty |
| PL 155.30 01 | **EF , 1 count, Arrest Charge**<br>Description: *Gr Lar 4:value Property >$1000*<br>Count: *14* | Arraigned, Pled Not Guilty |
| PL 165.45 01 | **EF , 1 count, Arrest Charge**<br>Description: *Cpsp-4th:property Val >$1000*<br>Count: *15* | Arraigned, Pled Not Guilty |
| PL 155.25 | **AM , 1 count, Arrest Charge**<br>Description: *Petit Larceny*<br>Count: *16* | Arraigned, Pled Not Guilty |
| PL 165.40 | **AM , 1 count, Arrest Charge**<br>Description: *Crim Possession Stoln Prop-5th*<br>Count: *17* | Arraigned, Pled Not Guilty |
| PL 165.05 01 | **AM , 1 count, Arrest Charge**<br>Description: *Unauth Use Veh:w/o Owner Cnsnt*<br>Count: *18* | Arraigned, Pled Not Guilty |