**BROOKLYN MEDICAL PRACTICE P.C**

P.O.BOX 30 NUTLEY NJ 07110
PLACE OF SERVICE: 46-04 31st Ave, Astoria NY 11103-1842

# OPERATIVE REPORT

**PATIENT NAME:** Sradzhly, Ilkin

**DATE OF BIRTH:** [redacted]1995

**MEDICAL RECORD NUMBER:** [redacted]

**DATE OF PROCEDURE:** 02/26/2026

**PLACE OF SERVICE:** New York Surgery Center Queens

**SURGEON:** Robert Drazic, DO
**ASSISTANT:** Jonathan Silver, PA

**SITE OF PROCEDURE:** Right Knee

**PREOPERATIVE DIAGNOSIS:** Internal derangement, Chondral Lesions Patella, Medial Meniscus tear, Lateral Meniscus tear, Synovitis, Adhesions

**POSTOPERATIVE DIAGNOSIS:**
1. Internal Derangement (M23.91)
2. Medial Meniscus tear (S83.241A)
3. Lateral Meniscus tear (S83.281A)
4. Chondral Lesions Patella (M22.41)
5. Synovitis (M65.861)
6. Adhesions (M24.661)

**PROCEDURES PERFORMED:**
1. Arthroscopic Partial Meniscectomies (29880)
2. Arthroscopic Major Synovectomy (29876)
3. Arthroscopic Lysis Of Adhesions (29884)
4. Coblation Arthroplasty (29999)

**ANESTHESIA:** Local and deep IV sedation.

**ESTIMATED BLOOD LOSS:** 10 ml.

**SPECIMEN:** Shavings

**DRAINS:** None.

**ANTIBIOTICS:** Intravenously administered. Refer to Anesthesia sheet.

**TOURNIQUET TIME:** Tourniquet was not applied.

**FLUIDS:** Refer to Anesthesia sheet.

**COMPLICATIONS:** None.

**INDICATIONS FOR SURGERY:**
After failing a course of non-operative therapy, the patient elected to undergo the above procedure. In the office, the benefits, risks, alternatives and possible complications were discussed in detail with the patient. The possible risks include: infection, bleeding, injury to nerves or vessels, including nerve dysfunction, RSD, chronic pain and swelling, limited range of motion, compartment syndrome, possible need for additional surgery, anesthetic risks, stroke, DVT, pulmonary embolism, or death, but not limited to the above. The patient was seen in the holding area, pre-operatively and again the benefits, risks, and alternatives were discussed of the proposed procedure, and based on intra-operative findings, treatment will be rendered. The patient was given and reviewed their discharge instructions. Informed consent was obtained and all questions were answered.

**DESCRIPTION OF PROCEDURE:**
The patient was correctly identified in the holding area and I marked the Right knee with my initials. The patient was then transported to the operating room and placed in supine position on the operating room table, where anesthesia was induced, without complication. A time-out was done as to the person, the site of surgery and the type of surgery. When all in the room were in agreement, the patient was given antibiotics, intravenously. A preoperative orthopedic examination revealed no instability of the Right knee joint.

The Right lower extremity was then prepped and draped in the usual sterile fashion for surgery of this type and the Right thigh was placed in an arthroscopic leg holder. The contralateral side was well padded and protected. No tourniquet was applied to the thigh. A standard lateral viewing portal was made with a #11 blade after a sub-dermal 1% lidocaine with epinephrine was injected into the area of the viewing portal. No synovial fluid was returned through the inflow cannula after its insertion. The knee was then distended with normal saline and epinephrine in 1:1,000,000 mixtures, at an initial pressure of 35 mm/Hg. The arthroscope was then inserted from the anterolateral portal and moved into the medial compartment. Next, the anteromedial working portal was then made with spinal needle localization. The arthroscopic probe was inserted and all compartments of the knee were sequentially visualized.

Arthroscopic examination of the Right knee revealed the following:

1. Tear of anterior horn and body with radial margins of the medial meniscus
2. Tear of body with radial margins of the lateral meniscus
3. Chondral Lesions Patella
4. Extensive synovitis within medial, lateral and patellofemoral.
5. Adhesions

A universal stress post was used to fully evaluate the medial compartment. There was a tear of the anterior horn and body with radial margins of the medial meniscus. A partial medial meniscectomy was also performed with a combination of hand instruments and a 4.5-mm motorized shaver. The meniscus was debrided to a smooth, stable border with an excursion of less than 5 mm. The remainder of the medial meniscus was intact.

The leg was then positioned in the figure of four position and the arthroscope was directed into the lateral compartment. There was a tear of the body with radial margins of the lateral meniscus. A partial lateral meniscectomy was also performed with a combination of hand instruments and a 4.5-mm motorized shaver. The meniscus was debrided to a smooth, stable border with an excursion of less than 5 mm. The remainder of the lateral meniscus was intact.

The articular surface of the patella revealed Grade II chondral lesions. RF device were used to perform coblation arthroplasty of the patella debriding only the unstable areas. Extreme care was taken to avoid damaging the adjacent chondral surfaces. The edges of the adjacent chondral areas were then probed to ensure stability after the shaver was withdrawn from the knee joint.

The articular surface of the trochlea, MTP, LTP and MFC were inspected and found to be intact.

The motorized shaver was then used to perform a synovectomy of all 3 compartments. The hypertrophic synovium was resected with minimal bleeding. No synovial incarceration was noted after the synovectomy when the knee was put through a full passive range of motion.

In addition, the suprapatellar and patellofemoral adhesions were then released with the motorized shaver and the hemostasis was achieved with the radio frequency device.

The medial and lateral gutters were checked for loose bodies, but none were found. The knee was then copiously irrigated utilizing the irrigation solution. An arthroscopic washout was performed with free-flowing outflow through the cannula with the arthroscope removed.

The intra-articular space was then irrigated with 300 ml of sterile saline and portal closure was then accomplished utilizing 3-0 Monocryl subcutaneous buried sutures. This meticulous and time consuming plastic surgery closure was performed to minimize postoperative scarring.

A total of 20 ml of 0.25% Marcaine was then injected to the knee with infusion into each portal for postoperative analgesia.

A sterile dressing was applied consisting of Steri-Strips with Mastisol with a 6-inch ACE Bandage. The respective sponge and needle counts were correct at the end of the procedure and all instruments were inspected and found to be free of any damage. The patient's anesthesia was reversed and the patient was then transferred from the operating room table to the recovery room in stable condition, having tolerated the procedure well.

Post-operatively, the patient will be weight bearing as tolerated. The patient will be started on straight leg raising and quadriceps strengthening exercises in the recovery room and will progress to prone hangs as well as the prone knee flexion exercises.

I have prescribed a continuous passive motion machine to be used by the patient at home on a daily basis to optimize postoperative range of motion and promote healing. In addition, I have prescribed an automated portable cooling system to be used post-operatively. This modality is medically necessary to maximize postoperative analgesia and to decrease the use of narcotic analgesics in the postoperative period.

The patient will be seen and examined in the office on a follow-up visit in 8 to 10 days.

During this procedure, I was assisted by Mr. Jonathan Silver, a licensed physician assistant. Mr. Jonathan Silver assisted me in positioning the patient on the operating room table as well as transferring the patient from the operating room table to the recovery room stretcher. In addition, Mr. Jonathan Silver assisted me during the actual operative procedure by positioning the patient's extremity to allow for easier arthroscopic access to all areas of the joint. He further assisted me in the safe and accurate use of the instruments during the surgery and by closing and dressing the incisions. The presence of Mr. Jonathan Silver as my operative assistant was medically necessary to ensure the utmost safety of the patient in the pre-, intra-, and postoperative periods.

Sincerely,

Robert Drazic, DO
American Osteopathic Board of Orthopedic Surgery

TRI-BOROUGH NY MEDICAL PRACTICE PC
185 Kingsland Street, Nutley NJ 07110
T: 855-699-7246 F:718-766-9763

**OPERATIVE REPORT**

**PATIENT NAME:** Ilkin Sradzhly

**DATE OF BIRTH:** [redacted]1995

**MEDICAL RECORD NUMBER:** [redacted]

**DATE OF PROCEDURE:** 10/28/2025

**PLACE OF SERVICE:** New York Surgery Center Queens

**SURGEON:** Robert Drazic, DO
**ASSISTANT:** Jonathan Silver, PA

**SITE OF PROCEDURE:** Right Shoulder

**PREOPERATIVE DIAGNOSIS:** Impingement Syndrome, Partial Rotator Cuff tear, Labrum tear, Synovitis, Bursitis

**POSTOPERATIVE DIAGNOSIS:**

1. Impingement Syndrome (M75.41)
2. Bursitis (M75.51)
3. Labrum Tear (S43.431A)
4. Synovitis (M65.811)
5. Partial Rotator Cuff Tear (M75.111)

**PROCEDURES PERFORMED:**

1. Arthroscopic Subacromial Decompression With Acromioplasty (29826)
2. Arthroscopic Debridement (29823)
3. Arthroscopic Major Synovectomy (29821)
4. Arthroscopic Lysis Of Adhesions (29825)

**ANESTHESIA:** Deep IV sedation with inter scalene block.

**ESTIMATED BLOOD LOSS:** 10 ml

**SPECIMEN:** None.

**DRAINS:** None

**FLUIDS:** Refer to Anesthesia sheet.

**ANTIBIOTICS:** Intravenously administered. Refer to Anesthesia sheet.

**COMPLICATIONS:** None.

**INDICATIONS FOR SURGERY:**

After failing a course of non-operative therapy, the patient elected to undergo the above procedure. In the office, the risks and possible complications of a Right shoulder arthroscopy were discussed in detail with the patient. These risks include, but are not limited to: continued pain, lack of motion, infection, vascular injury and nerve injury including axillary nerve dysfunction, reflex sympathetic dystrophy, compartment syndrome, limb loss, and even death.

The patient expressed an understanding of the risks and possible benefits of the procedure and is also aware of the alternatives to the surgery. An informed consent was obtained and was checked immediately pre-operatively.

**DESCRIPTION OF PROCEDURE:**

The patient was correctly identified in the holding area and I marked the Right shoulder with my initials. In the holding area, an inter scalene nerve block was performed by the anesthesiologist without any complication. The patient was then transported to the operating room and placed in supine position on the operating room table, where anesthesia was induced, without complication. A time-out was done as to the person, the site of surgery and the type of surgery. When all in the room were agreed, the patient was given antibiotics, intravenously.

The patient was then placed in the beach chair position, utilizing the beach chair positioning device. Extreme care was taken to position and then stabilize the patients head, after which the indicated upper extremity, that being the Right, was then prepped and draped in the usual sterile fashion for surgery of this type.

The anatomic structures were outlined with a skin marker and 1% lidocaine with epinephrine was injected into the posterior, anterior, and lateral portal areas. A #21-gauge spinal needle was placed in the glenohumeral joint from the posterior portal and 10 ml of sterile saline was then injected into the glenohumeral joint. Return of fluid indicated correct needle placement into the joint. The needle was then withdrawn, after which a #11 blade was used to make a 1 cm incision at the posterior portal site. The arthroscopic blunt trocar was then inserted into the glenohumeral joint. A #21-gauge spinal needle was placed through the anterior rotator interval and the anterior portal was made with a #11 blade after the spinal needle was withdrawn. A 7-mm cannula was then inserted after the skin incision was made and the arthroscopic probe was then used to examine the internal structures of the glenohumeral joint. With the patient's upper extremity now in an abducted and externally rotated position, the articular surface of the rotator cuff was visualized.

The arthroscope and probe were then switched from posterior to anterior. The posterior labrum, posterior capsule, and biceps anchor reflection were then inspected with the arthroscope in the anterior portal position.

Examination of the glenohumeral joint revealed the following:

1. Partial Rotator Cuff Tear.
2. Labrum Tear.
3. Synovitis.

The 4.5-mm straight shaver was then introduced through the anterior portal and the partially torn supraspinatus tendon, approximately 5% of overall thickness, was debrided to a stable margin. Extreme care was taken to protect the chondral surfaces as well as the substance of the intact tendon. The subscapularis and infraspinatus tendons were inspected and found to be intact.

Next, the Labrum tear was addressed. The shaver and radio frequency device were used to debride the loose tissue of the anterior, posterior and superior labrum to smooth, stable surfaces. Extreme care was taken to protect the chondral surfaces as well as the substance of the biceps tendon.

Next the excessive glenohumeral synovitis was cleared with a 4.5 full radius shaver. The hypertrophic, erythematous synovium was resected and hemostasis was achieved with the radio frequency device.

The radiofrequency device was then introduced through the anterior portal and a radiofrequency anterior capsular rotator interval lysis of adhesions was performed. The anterior capsule was released to optimize range of motion. The radiofrequency device was used to provide hemostasis during this procedure.

At this point, the arthroscope was withdrawn from the glenohumeral joint and the subacromial space was then entered using a blunt trocar. Gentle resistance sweeping against the coracoacromial ligament confirm proper placement of the sheath and the arthroscope was inserted.

Examination of the subacromial space revealed the following:

1. Impingement Syndrome
2. Bursitis.

Visualization of the subacromial space was difficult due to excessive bursitis and a bursectomy was performed using a combination of the radiofrequency device as well as a full-radius motorized shaver.

The radio frequency device was then introduced into the subacromial space and lysis of

adhesions was performed. The subacromial space was released to optimize range of motion. The radiofrequency device was used to provide hemostasis during this procedure

The soft tissue on the undersurface of the acromion was debrided utilizing the full-radius shaver and the radiofrequency device was used for hemostasis. Subacromial decompression was then performed with a 5.0-mm reciprocating bur using both the medial portal and the cutting block precision acromioplasty technique from the posterior portal. The undersurface of the acromion was resected to a flat, smooth surface to allow unrestricted excursion of the rotator cuff.

The subacromial space was then irrigated with 300 ml of sterile saline and portal closure was then accomplished utilizing 3-0 Monocryl subcutaneous buried sutures. This meticulous and time- consuming plastic surgery closure was performed to minimize postoperative scarring.

Steri-Strips were applied with Mastisol to the portals, after which a sterile dressing was applied consisting of 4 x 4's and Tegaderm Transparent Dressing. The respective sponge and needle counts were correct at the end of the procedure and all instruments were inspected and found to be free of any damage. The patient's anesthesia was reversed, after which the patient was then transferred from the operating room table to a stretcher and accompanied to the recovery room in stable condition, after an abduction sling was applied to the patient's upper extremity, having tolerated the procedure well.

After this was done the shoulder was then passively moved and stretched in all directions for release of the restricted range of motion. I was then satisfied with the range of motion as the shoulder now moved more in full range of motion and the previous restriction of motion was reduced.

Post-operatively, the patient's physical therapy would be held until I see the patient and examine the patient in 8 to 10 days in the office.

During this procedure, I was assisted by Mr. Jonathan Silver, a licensed physician assistant. Mr. Jonathan Silver assisted me in positioning the patient on the operating room table as well as transferring the patient from the operating room table to the recovery room stretcher. In addition, Mr. Jonathan Silver assisted me during the actual operative procedure by positioning the patient's extremity to allow for easier arthroscopic access to all areas of the joint. He further assisted me in the safe and accurate use of the instruments during the surgery and by closing and dressing the incisions. The presence of Mr. Jonathan Silver as my operative assistant was medically necessary to ensure the utmost safety of the patient in the pre-, intra-, and postoperative period.

Sincerely,

DATE OF PROCEDURE: 10/28/2025

Robert Drazic, DO
American Osteopathic Board of Orthopedic Surgery