# CERTIFICATE OF INCORPORATION
# OF
# CLEANING SERVICES FOR PD INC.
Under Section 402 of the Business Corporation Law

FIRST: The Name of the corporation is: **CLEANING SERVICES FOR PD INC.**

SECOND: This corporation is formed to engage in any lawful act or activity for which a corporation may be organized under the Business Corporation Law, provided that it is not formed to engage in any act or activity requiring the consent or approval of any state official, department, board, agency or other body without such consent or approval first being obtained.

THIRD: The county, within this state, in which the office of the corporation is to be located is **KINGS**

FOURTH: The total number and value of shares of common stock which the corporation shall have authority to issue is **100 SHARES WITH NO PAR VALUE**

FIFTH: The Secretary of State is designated as agent of the corporation upon whom process against the corporation may be served. The post office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery is:
ILKIN SRADZHLY
[redacted]
BROOKLYN, NY 11235

I certify that I have read the above statements, I am authorized to sign this Certificate of Incorporation, that the above statements are true and correct to the best of my knowledge and belief and that my signature typed below constitutes my signature.

ILKIN SRADZHLY (Signature)

-----------------------------------------------------

ILKIN SRADZHLY, INCORPORATOR
[redacted]
BROOKLYN, NY 11235

Filed by:

ILKIN SRADZHLY
[redacted]
BROOKLYN, NY 11235

**NEW YORK STATE DEPARTMENT OF STATE**

**DIVISION OF CORPORATIONS, STATE RECORDS AND UNIFORM COMMERCIAL CODE**

# FILING RECEIPT

| | |
|---|---|
| **ENTITY NAME :** | CLEANING SERVICES FOR PD INC. |
| **DOCUMENT TYPE :** | CERTIFICATE OF INCORPORATION |
| **ENTITY TYPE :** | DOMESTIC BUSINESS CORPORATION |
| **DOS ID :** | [redacted]243 |
| **FILE DATE :** | 11/11/2025 |
| **FILE NUMBER :** | [redacted]00893 |
| **TRANSACTION NUMBER :** | [redacted]5154054 |
| **EXISTENCE DATE :** | 11/11/2025 |
| **DURATION/DISSOLUTION :** | PERPETUAL |
| **COUNTY :** | KINGS |
| **SERVICE OF PROCESS ADDRESS :** | ILKIN SRADZHLY<br>[redacted]<br>BROOKLYN, NY, 11235, USA |
| **ELECTRONIC SERVICE OF PROCESS EMAIL ADDRESS :** | N/A |
| **FILER :** | ILKIN SRADZHLY<br>[redacted]<br>BROOKLYN, NY, 11235, USA |

***You may verify this document online at :*** http://ecorp.dos.ny.gov

**AUTHENTICATION NUMBER :** 100009118295

| | | | |
|---|---|---|---|
| TOTAL FEES: | $125.00 | TOTAL PAYMENTS RECEIVED: | $125.00 |
| FILING FEE: | $125.00 | CASH: | $0.00 |
| PAST DUE FINE FEE: | $0.00 | CHECK/MONEY ORDER: | $0.00 |
| CERTIFICATE OF STATUS: | $0.00 | CREDIT CARD: | $125.00 |
| CERTIFIED COPY: | $0.00 | DRAWDOWN ACCOUNT: | $0.00 |
| COPY REQUEST: | $0.00 | REFUND DUE: | $0.00 |
| EXPEDITED HANDLING: | $0.00 | | |